UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

───────────────────────────────────────────

| | |
|---|---|
| **ALICE P. BRADLEY** | **CIVIL ACTION NO. 06-0337-A** |
| **-vs-** | **JUDGE DRELL** |
| **JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE KIRK** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record, including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Bradley's appeal is DENIED AND DISMISSED WITH PREJUDICE.

SIGNED on this 20th day of March, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge